# United States District Court
# For The Western District of North Carolina
# Asheville Division

WILLIAM MAURICE RYANS,,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                            1:11-cv-25-RJC

SIDNEY HARKLEROAD,,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/7/2011 Order.

                                           Signed: October 7, 2011

                                           Frank G. Johns, Clerk
                                           United States District Court