# United States District Court
# For The Western District of North Carolina
# Asheville Division

WILLIAM MAURICE RYANS,,

    Plaintiff(s),

vs.

SIDNEY HARKLEROAD,,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-25-RJC

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/7/2011 Order.

Signed: October 7, 2011

Frank G. Johns, Clerk
United States District Court